THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE GODICK, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted March 1, 1948; decided March 18, 1948.

*George Godick,* in person, for motion.
No one opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine a special proceeding within the meaning of the Constitution.